JAMARIOS LECHRISTOPHER CANTON
1771951 Robertson Unit
12071 FM 3522
Abilene, Texas  79601-8799

May 28, 2015

Honorable Abel Acosta, Clerk
Texas Court of Criminal Appeals
P.O. Box 12308 -- Capitol Station
Austin, Texas  78711-2308

RE:  Court of Criminal Appeals No. PD-0084-13 & WR-81,430-0?
     Court of Appeals No. 12-12-00118-CR
     Trial Court Case No. F1017409 --- 145th District Court

     Jamarios LeChristopher Canton v. The State of Texas

Dear Mr. Acosta::

Please find enclosed the originals only of my RELATOR'S MOTION MOTION REQUESTING VOLUNTARY DISMISSAL OF HIS PETITION FOR A WRIT OF MANDAMUS AS BEING MOOT, and my APPELLANT-PETITIONER'S MOTION TO REVIVE AND REINSTATE HIS PREVIOUSLY FILED PETITION FOR DISCRETIONARY REVIEW for filing among the papers in the above referenced action.

Be advised that I have forwarded carbon copies of same, under cover of a copy of this letter, to the State Prosecuting attorney, Ms. Lisa McMinn, Esq., and to the Nacogdoches District Attorney Ms. Nicole Lostracco, Esq. to her office in Nacogdoches.

I again thank you so very much, in advance, for your kind and generous assistance in this matter.

FILED IN
COURT OF CRIMINAL APPEALS

JUN 03 2015

Abel Acosta, Clerk

Very respectfully, I remain,
Your obedient servant,

Jamarios L. Canton, Appellant

JLC/grs

cc: Ms. Nicole Lostracco, Esq.
    Ms. Lisa McMinn, Esq.
    Mr. Gordon R. Simmonds
    Case Files - HABEAS

Enclosures: As stated above

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 03 2015

Abel Acosta, Clerk

I N   T H E
COURT OF CRIMINAL APPEALS OF TEXAS

JAMARIOS LECHRISTOPHER CANTON,

Appellant-Petitioner

-vs-

THE STATE OF TEXAS,

Appellee-Respondent

On Petition Seeking Discretionary Review Of
Court of Appeals No. 12-12-00118-CR
Court of Appeals For The Twelfth Court of Appeals District
Affirming The Conviction And Sentence In
Trial Court Case No. F1017409 Out Of
The 145th Judicial District Court of Nacogdoches County, Texas

**APPELLANT-PETITIONER'S MOTION TO REVIVE AND REINSTATE
HIS PREVIOUSLY FILED PETITION FOR DISCRETIONARY REVIEW**

TO THE SAID HONORABLE COURT:

INTO COURT comes Jamarios LeChristopher Canton ("Canton"), who is proceeding in this action pro se, to respectfully move that his Petition for Discretionary Review that he had filed previously, and was dismissed by the Court as being "untimely filed," be revived and reinstated as the "live" petition. In support of this motion, Canton would show the Court the following:

I.

Following the Twelfth Court of Appeals' affirmance of his conviction and sentence, Canton submitted a Petition for Discretionary Review ("PDR"), to this Court under the Prison Mailbox Rule on March 22, 2013, which had been the last day for the PDR to be filed. The PDR was dismissed erroneously on May 8, 2013, as being "untimely filed."

II.

On July 29, 2014, Canton resubmitted his application for a writ of ha-

-1-

beas corpus under Article 11.07 Of the Texas Code of Criminal Procedure, raising as one of his grounds that he had been deprived of his right to seek discretionary review by this Court because of the erroneous finding that Canton's petition for discretionary review had been "untimely filed." On April 22, 2015, Canton was "granted the opportunity to file an out-of-time" PDR by this Court. The Order of the Court also stated that Canton must file his PDR "within 30 days of the date on which this Court's mandate issues," which was on May 18, 2015.

## P R A Y E R

WHEREFORE, PREMISES CONSIDERED, Canton respectfully prays that this Honorable Court will GRANT this motion and will ORDER that the PDR that had been previously filed, and subsequently dismissed will be revived and reinstated so as to be the "live" petition in this appeal.

Respectfully submitted,

JAMARIOS L. CANTON, pro se
Robertson Unit, TDCJ No. 1771951
12071 FM 3522
Abilene, Texas  79601-8799

-2-

## CERTIFICATE OF SERVICE

I, Jamarios L. Canton, Appellant-Petitioner pro se, do hereby certify that a true and correct carbon copy of the attahced APPELLANT-PETITIONER'S MOTION TO REVIVE AND REINSTATE HIS PREVIOUSLY FILED PETITION FOR DISCRETIONARY REVIEW, was served on the following individuals by regular U.S. Postal Service first class mail, by depositing same, enclosed in a postpaid and properly addressed envelope into the prison's internal Legal Mail System under the Prison Mailbox Rule, this TWENTY-NINTH day of MAY, 2015, mailed to:

> Ms. Nicole Lostracco, Esq.
> Naeogdoches County District Attorney
> Nacogdoches County Courthouse
> 101 West Main Street, Suite 250
> Nacogdoches, Texas   75961

And to:

> Ms. Lisa McMinn, Esq.
> State Prosecuting Attorney
> P.O. Box 13046 -- Capitol Station
> Austin, Texas   78711-3046

DATED:   28 MAY 2015

_____
JAMARIOS L. CANTON

-3-

NO. _____

# I N   T H E
## COURT OF CRIMINAL APPEALS OF TEXAS

IN RE JAMARIOS LECHRISTOPHER CANTON,

Relator

An Original Proceeding Ancillary To
Appellate No. 12-12-00118-CR and PD-0084-13
Appealed From The 145th Judicial District Court
Of Nacogdoches County, Texas
Trial Court Cause No. F1017409

## RELATOR'S MOTION REQUESTING VOLUNTARY DISMISSAL OF HIS PETITION FOR WRIT OF MANDAMUS AS BEING MOOT

TO THE SAID HONORABLE COURT:

NOW COMES Relator, Jamarios LeChristopher Canton, proceeding in propria persona, and respectfully asks that the Court dismiss his pending Petition for a Writ of Mandamus as being moot. In support of this motion, Relator offers the following:

### I.

Following the Twelfth Court of Appeals' affirmance of his conviction and sentence, Relator submitted his Petition for Discretionary Review to this Court under the Prison Mailbox Rule on March 22, 2013, which was the last day for the petition to be filed. This Court erroneously dismissed the petition as being "untimely filed" on May 8, 2013. On October 17, 2014, Relator submited his petition for a writ of mandamus seeking to have the Court order its Clerk, Abel Acosta, to file Relator's Petition for Discretionary Review.

### II.

On July 29, 2014, Relator resubmitted his application for a writ of habeas corpus under Article 11.07 of the Texas Code of Criminal Procedure, raising

-1-

as one of his grounds that he had been deprived of his right to seek discretionary review by this Court because of the erroneous finding that Relator's petition for discretionary review had been "untimely filed." On April 22, 2015, this Court granted relief and entered its order granting Relator "the opportunity to file an out-of-time petition for discretionary review...." Ex parte Canton, No. WR-81,430-02, *2 (Tex.Crim.App. Apr. 22, 2015)(unpublished Opion).

## P R A Y E R

WHEREFORE, PREMISES CONSIDERED, where Relator has been granted the relief he sought in his Petition for a Writ of Mandamus, he respectfully requests that this Court dismiss him Petition for a Writ of Mandamus as being moot.

Respectfully submitted,

JAMARIOS L. CANTON, Relator pro se
Robertson Unit, TDCJ-CID No. 1771951
12071 FM 3522
Abilene, Texas 79601-8799


## VERIFICATION BY UNSWORN DECLARATION

I, Jamarios L. Canton, TDCJ-CID No. 1771951, being presently incarcerated at the Robertson Unit of the Correctional Institutions Division of the Texas Department of Criminal Justice, declare under penalty of perjury that the information, statements and facts contained in the foregoing and above, are true and and correct.

EXECUTED on this, the TWENTY-EIGHTH day of MAY, 2015.

JAMARIOS L. CANTON

-2-

## CERTIFICATE OF SERVICE

I, Jamarios L. Canton, Relator pro se, do hereby certify that a true and correct carbon copy of the attached RELATOR'S MOTION REQUESTING VOLUNTARY DISMISSAL OF HIS PETITION FOR WRIT OF MANDAMUS AS BEING MOOT was served on the following individuals by regular U.S. Postal Service first class mail, by depositing same, enclosed in a postpaid and properly addressed envelope, into the prison's internal Legal Mail System under the Prison Mailbox Rule, on this, the 29th day of MAY, 2015, mailed to:

Mss Nicole Lostracco, Esq.
Nacogdoches County District Attorney
Nacogdoches County Courthouse
101 West Main Street, Suite 250
Nacogdoches, Texas  75961

And to:

Ms. Lisa McMinn, Esq.
State Prosecuting Attorney
P.O. Box 13046 -- Capitol Station
Austin, Texas  78711-3046

DATED:   28 MAY 2015

_JAMARIOS L. CANTON